JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| XAVIER RECARTE, | No. CV 15-9257-JFW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| W.L. MONTGOMERY, | |
| Respondent. | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: November 18, 2016

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE